OPINION — AG — THE REGULAR COURT REPORTER OF YOUR COUNTY IS ENTITLED TO THE COMPENSATION FIXED IN SENATE BILL NO. 160, SAME BEING THE FIRST SECTION 109 OF 20 O.S. 1961 109 [20-109]. THE CONCLUSION ABOVE REACHED IS SUPPORTED BY OPINION NO. AUGUST 14, 1961 — ROGERS AND OPINION NO. SEPTEMBER 14, 1961 — ROGERS. QUESTION: "WHICH SECTION OF THE STATUTES CONTROLS THE FIXING OF SALARY OF COURT REPORTER?" — 20 O.S. 1961 109 [20-109] (FRED HANSEN)